IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SCOTT BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-162(WLS) |
| | * |
| HAROLD ISRAEL and PEGGY ISRAEL, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of April, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk